

**FILED**

*9:11 am, 3/15/19*
**Stephan Harris**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

SALLY MARRINER, as the Wrongful Death Representative for MATTIE L. SCOTT, et al.

             Plaintiffs,

vs.

CBS CORPORATION, f/k/a WESTINGHOUSE ELECTRIC CORPORATION, et al.

             Defendants.

Case No:  17-CV-180-F

---

## ORDER GRANTING JOINT MOTIONS TO DISMISS WITH PREJUDICE

This matter is before the Court on two joint motions to dismiss this action with prejudice. (Docs. 130-131). Plaintiffs and Defendant Foster Wheeler Energy Corporation, individually, filed the first motion (Doc. 130,) while Plaintiffs and Defendant Texaco, Inc. filed the second motion (Doc. 131). These defendants are the only remaining defendants in this case. Along with Plaintiff, they ask the Court to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41. The Court has considered the motions and is fully informed in the premises.

IT IS ORDERED that the joint motions are GRANTED. This case is DISMISSED WITH PREJUDICE, with each party to pay its attorney's fees and costs.

Dated this  15th   day of March, 2019.

*Nancy D. Freudenthal*

NANCY D. FREUDENTHAL
UNITED STATES DISTRICT JUDGE